

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00137-CV

**2008 CHEVROLET CORVETTE, VIN#1G1YY36W585105455,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 66th District Court**
**Hill County, Texas**
**Trial Court No. 51,223**

## O R D E R

Appellant's "Motion to Extend Time" is dismissed as moot. Appellant's brief was filed on August 28, 2014 and his supplemental brief was filed on August 4, 2015.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion dismissed as moot
Order issued and filed September 17, 2015

